LINDA HANSEN ROBBINS AT006584
3500 F. Ave. NW, Ste. 2
PO Box 8177
Cedar Rapids, IA 52408-8177
(319) 366-8016 Telephone
(319) 366-3820 Fax
linda@lindahansenrobbins.com
ATTORNEY FOR THE PLAINTIFF

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
EASTERN DIVISION

| | |
|---|---|
| 4 MORE APPOINTMENTS, INC., | No. 12-cv-80-LRR |
| Plaintiff, | NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A) |
| GOOGLE, INC, | |
| Defendant. | |

COMES NOW Linda Hansen Robbins, the attorney for the Plaintiff, 4 More Appointments, Inc., pursuant to direction of the client, and voluntarily dismisses the above captioned action.

_____
LINDA HANSEN ROBBINS AT006584
ATTORNEY FOR THE PLAINTIFF

CERTIFICATE OF SERVICE
I hereby certify that on this 3rd day of Sept, 2012, I electronically filed the foregoing with the Clerk of Court for the Northern District of Iowa by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.
By: Linda Hansen Robbins
Copy to: Stephen Holtman